In the Matter of TEXAS COMPANY, Appellant, against JOHN S. SINCLAIR et al., Constituting the Zoning Board of Appeals of the City of Mount Vernon, Respondents.

Argued October 21, 1952; decided November 20, 1952.

*Arthur H. Ellis* and *Manlio M. Liccione* for appellant.

*Harry Zimmerman, Corporation Counsel* (*William Macy* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.